UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA LYNN SCOTT, et al,

      Plaintiffs,           CIVIL ACTION NO. 06-12861

v.                                 HONORABLE AVERN COHN

WAUSAU BENEFITS,

      Defendant.
_____/

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE AND WITHOUT COSTS

In accordance with the stipulation of the parties and the Court being otherwise fully advised of the premises;

IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs.

SO ORDERED.


Dated: September 8, 2006                    s/Avern Cohn
                                                   AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE